TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Janine Hanson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janine Hanson, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Northland Group, LLC, a foreign limited liability company, | **JURY TRIAL DEMAND** |
| Defendant. | |

NOW COMES THE PLAINTIFF, JANINE HANSON, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for her Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

2. The transactions and occurrences which give rise to this action occurred in the City of Mayer, Yavapai County, Arizona.

3. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

4. Plaintiff is a natural person residing in Mayer, Yavapai County, Arizona.

5. The Defendant to this lawsuit is Northland Group, LLC, which conducts business in the State of Arizona.

## GENERAL ALLEGATIONS

6. Defendant is attempting to collect a consumer type debt allegedly owed by Plaintiff to Capital One Auto Finance in the amount of $9,897.35 ("the alleged Debt").

7. On or about July 26, 2017, Mrs. Hanson's attorneys, Credit Repair Lawyers of America, sent Defendant a cease and desist letter because Defendant was excessively contacting her to collect the alleged Debt.

8. On or about August 23, 2017, Mrs. Hanson received a letter from Defendant, attempting to collect the alleged Debt. The letter was addressed to Janine Mcbrayer.  Mcbrayer is Mrs. Hanson's maiden name.

9. On or about September 18, 2017, Credit Repair Lawyers of America sent another cease and desist letter to Defendant, identifying Plaintiff as Janine Hanson f/k/a Janine Mcbrayer to clear up any confusion.

10. On or about September 26, 2017, Defendant sent Credit Repair Lawyers of America a letter, stating that it is unable to locate Mrs. Hanson in its system, and it will need the original creditor account number and Northland account number to locate her account.

11. On the same day, Defendant directly sent Mrs. Hanson a letter, attempting to collect the alleged Debt, in violation the FDCPA.

12. Mrs. Hanson suffered pecuniary and emotional damages as a result of Defendant's actions.

## COUNT I-VIOLATION OF

## THE FAIR DEBT COLLECTION PRACTICES ACT

13. Plaintiff reincorporates the preceding allegations by reference.

14. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

15. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

16. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

17. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

    a. 15 U.S.C. §1692c(a)(2 )by communicating with a consumer if the debt collector knows the consumer is represented by an attorney.  Defendant violated this provision of the FDCPA by sending a letter directly to Plaintiff, attempting to collect the alleged Debt after receiving notice that Plaintiff is represented by an attorney.

    b. 15 U.S.C. §1692c(c) by failing to cease communication with Plaintiff after Defendant received a cease and desist letter from Plaintiff's attorney.

18. The Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

4

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## DEMAND FOR JUDGMENT RELIEF

Accordingly, Plaintiff requests that the Court grant her the following relief against the Defendant:

a. Actual damages;

b. Statutory damages; and

c. Statutory costs and attorneys' fees.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED: October 31, 2017

                                  KENT LAW OFFICES

                                  By: */s/ Trinette G. Kent*
                                       Trinette G. Kent
                                       Attorneys for Plaintiff,
                                       Janine Hanson