TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Janine Hanson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janine Hanson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Northland Group, LLC.<br><br>        Defendant. | Case No.:  3:17-cv-08225-SPL<br><br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Northland Group, LLC, in the above-captioned case have reached a settlement.  The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Northland Group, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RESPECTFULLY SUBMITTED this 1st day of March, 2018.

KENT LAW OFFICES

By: __/s/   Trinette G. Kent_____
Trinette G. Kent
Attorneys for Plaintiff,
Janine Hanson