IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janine Hanson,<br><br>             Plaintiff,<br><br>vs.<br><br>Northland Group, LLC,<br><br>             Defendant. | No. CV-17-08225-PCT-SPL<br><br>**ORDER** |

No stipulation to dismiss having been filed, in accordance with the Court's March 1, 2018 Order (Doc. 25),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 4th day of April, 2018.

Honorable Steven P. Logan
United States District Judge